MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Whited, Wayne Charles

Chapter 7 Case No. 05-49735

Please Check One:

**Unclaimed Dividends**

☐   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NORTHERN WHOLESALE SUPPLY 2037 SOLUTIONS CENTER CHICAGO IL 60677 | 10 | $9920.91 | $18.52 |

Check was not negotiated.

Date: May 17, 2011

/e/Timothy D. Moratzka
TIMOTHY D. MORATZKA, TRUSTEE

1390536.1-TDM